FILED

2/4/2019

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| LYNN G. WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION d/b/a COSTCO,<br><br>Defendant. | No. CV-19-2-H-SEH<br><br>**ORDER** |

Defendant Costco Wholesale Corporation d/b/a Costco removed this case on diversity grounds from Montana First Judicial District Court, Lewis and Clark County.[1] On February 1, 2019, Plaintiff moved to remand,[2] declaring that she will limit her "request for damages in this action to $74,999."[3]

---

[1] Doc. 1.

[2] *See* Doc. 2 at 1.

[3] Doc. 2-1 at 1.

Federal court jurisdiction under 28 U.S.C. § 1332 requires both complete diversity of citizenship and amount in controversy exceeding $75,000, exclusive of interest and costs. The required amount in controversy is not claimed.

ORDERED:

This case is hereby REMANDED to state court.

DATED this 4th day of February, 2019.

/s/ Sam G Haddon
SAM E. HADDON
United States District Judge